Hon. J. ~~Karen L. Strombom~~ Richard Creatura

FILED ____ LODGED
____ RECEIVED

APR 30 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING RESIDENCES:<br><br>The forensic images of various devices seized pursuant to a Warrant authorized on March 13, 2015 | MAGISTRATE DOCKET CASE NO. MJ15-5048<br><br>MOTION AND ORDER UNSEALING SEARCH WARRANT AND RELATED MATERIALS |

The United States moves for the unsealing of search warrant and related materials in this matter. On March 25, 2015, the Court issued an order to seal search warrant and related materials in this case until further order of the Court, or for a period of one year from the date of the warrant, whichever is later. On April 15, 2015, a grand jury returned an Indictment against defendant Troy X. Kelley. As a result, the United States respectfully requests that the Court order the above captioned search

//
//
//

1  warrant and related materials unsealed.

2  DATED this 30th day of April, 2015.

4                                          Respectfully submitted,

6  ANNETTE L. HAYES
   United States Attorney

7  s/Katheryn Kim Frierson
8  KATHERYN KIM FRIERSON
   Assistant United States Attorney
9  WSBA # 3779
10 United States Attorney's Office
   700 Stewart Street, Suite 5220
11 Seattle, WA 98101
12 Telephone: (206) 553-7970
   Fax: (206) 553-0755
13 E-mail: katheryn.k.frierson@usdoj.gov

15 The Court grants the motion and

16 IT IS HEREBY ORDERED that the search warrant, search warrant return,
17 application and affidavit for search warrant, and the order to seal be unsealed.

19 DATED this ___30___ day of ___April___, 2015.

23 _____
24 KAREN L. STROMBOM   J. Richard Creatura
   UNITED STATE MAGISTRATE JUDGE